UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SOCIAL SECURITY ADMINISTRATION

    Interested Party

GLENDA K. BROOKS,

    Plaintiff

  v.          C-1-12-382

COMMISSIONER OF SOCIAL SECURITY,

    Defendant

### ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 15) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case.  This Court accepts the Report as uncontroverted.

2

Accordingly, the Report and Recommendation of the United States Magistrate Judge (doc. no. 15) is ADOPTED AND INCORPORATED BY REFERENCE herein.  This case is DISMISSED FOR FAILURE TO PROSECUTE and TERMINATED on the docket of this Court.

IT IS SO ORDERED.

        s/Herman J. Weber
**Herman J. Weber, Senior Judge**
**United States District Court**